22, 1904, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Charles A. Jackson* and *John Hetherington* for appellant.

*Henry L. Bogert* and *Edward B. Whitney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.   Absent: O'BRIEN, J.

---

PARSONS BROTHERS (INCORPORATED), Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Parsons Brothers (Incorporated)* v. *City of New York,* 107 App. Div. 324, affirmed.
(Argued March 26, 1906; decided April 17, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1905, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Conrad Saxe Keyes* for appellant.

*John J. Delany,* Corporation Counsel (*James D. Bell* and *Patrick E. Callahan* of counsel) for city of New York, respondent.

*James A. C. Johnson* for the Hilton & Dodge Lumber Company et al., respondents.

Order affirmed and judgment absolute ordered against plaintiff on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.   Absent: O'BRIEN, J.